IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

ATAIN SPECIALTY INSURANCE             *
COMPANY,
                                      *

              Plaintiff,                    Case No. 5:24-cv-00433-MTT

v.                                    *

 247 CONSTRUCTION COMPANY LLC,        *

              Defendants.             *

_____

## J U D G M E N T

Pursuant to this Court's Order dated April 23, 2026 and for the reasons stated therein,

JUDGMENT is hereby entered in favor of Plaintiff .

This 24th day of April, 2026.

David W. Bunt, Clerk


s/ Raven K. Alston, Deputy Clerk